IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                            CASE NO. 6:25-CR-60029

ASHLEY NICOLE CASTLE                                                                     DEFENDANT

## ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

BE IT REMEMBERED that on this day came on to be heard Defendant's Motion to Withdraw. Following examination of the motion, the Court is of the opinion that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that ALEX WYNN, Federal Public Defender is hereby withdrawn as attorney of record for defendant and substitution of TRAVIS J. MORISSEY is ORDERED.

IT IS SO ORDERED this 13th day of **JANUARY 2026**.

_____
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE